UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAOGUANG CHEN, | CASE NO. C25-2458-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| BOX INC., | |
| Defendant(s). | |

Plaintiff filed this case on December 4, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing.  No proof of service has been filed.  Accordingly, Plaintiff is ORDERED to show cause no later than March 31, 2026, why this case should not be dismissed for failure to prosecute.  If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

Dated this 10th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1