UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAOGUANG CHEN, | CASE NO. C25-2458-KKE |
| Plaintiff(s), | ORDER EXTENDING DEADLINE TO SERVE |
| v. | |
| BOX INC., | |
| Defendant(s). | |

The Court previously ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 5. Plaintiff timely responded to request additional time to serve Defendant with process. Dkt. No. 8. The Court finds good cause to extend the service deadlines, and thus ORDERS Plaintiff to file proof of service no later than April 30, 2026. The prior order to show cause (Dkt. No. 5) has been satisfied and is therefore LIFTED.

Dated this 1st day of April, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO SERVE - 1