UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAOGUANG CHEN, | CASE NO. C25-2458-KKE |
| Plaintiff(s), | ORDER GRANTING PLAINTIFF'S |
| v. | MOTION FOR EXTENSION OF TIME |
| BOX INC., | |
| Defendant(s). | |

The Court previously ordered Plaintiff to file proof of service of process no later than April 30, 2026.  Dkt. No. 9.  Plaintiff now requests an extension of that deadline to May 14, 2026.  Dkt. No. 11.  Finding good cause for an extension, the Court GRANTS Plaintiff's motion.  *Id*.  Plaintiff must file proof of service of process no later than May 14, 2026.

Dated this 1st day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1