UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAOGUANG CHEN,<br><br>Plaintiff(s),<br>v.<br><br>BOX INC.,<br><br>Defendant(s). | CASE NO. C25-2458-KKE<br><br>ORDER TO SHOW CAUSE |

Plaintiff, proceeding *pro se*, filed this action in December 2025. Dkt. No. 1. Plaintiff filed proof that Defendant was served with process on May 12, 2026, but Plaintiff has taken no further action since that time. Dkt. No. 14. Plaintiff is ORDERED TO SHOW CAUSE no later than October 30, 2026, why this case should not be dismissed without prejudice for failure to prosecute.

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge